UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELIPE G. VARGAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS E. EARL, and JANE DOE EARL, and GRANT COUNTY, WASHINGTON,<br><br>　　　　Defendants. | NO. CV-06-146-JLQ<br><br>ORDER RE: MOTION FOR RECONSIDERATION OF MEMORANDUM OPINION and REQUESTING ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT: RE: ACTUAL INNOCENCE |

**BEFORE THE COURT** is Defendant Grant County's Motion for Reconsideration of Memorandum Opinion (Ct. Rec. 105) and requesting an Order Denying Plaintiff's Motion for Partial Summary Judgment re: Actual Innocence (Ct. Rec. 115), noted for hearing without oral argument on June 18, 2008. George M. Ahrend represents Plaintiff. Francis S. Floyd represents defendant Grant County. Plaintiff has withdrawn his Motion for Partial Summary Judgment on the issue of actual innocence in response to Defendant's Motion to Deny without agreeing with the facts and legal argument set forth by the County (Ct. Rec. 119).

ORDER RE:MOTIONS--1

There is no motion of record for the court to consider at this time, other than the Motion for Reconsideration of Ct. Rec. 105, which is Granted, although apparently moot.

      **DATED** this 16th day of June, 2008.

                    <u>s/ Justin L. Quackenbush</u>
                    JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE