UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELIPE G. VARGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS F. EARL, AND "JANE DOE" EARL, HIS SPOUSE; AND GRANT COUNTY, WASHINGTON,<br><br>    Defendants. | NO. CV-06-00146-JLQ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

Telephonic argument on this matter was heard on October 23, 2008. George Ahrend and Garth Dano appeared for the Plaintiff. Nicholas Jenkins and Francis Floyd appeared for the Defendant Grant County. The court was unable to reach the Defendant Thomas Earl.

**IT IS HEREBY ORDERED:**

   1. Plaintiff's Motion to Expedite Hearing on Plaintiff's Motion for Protective Order (Ct. Rec. 188) is **GRANTED**.

   2. Plaintiff's Motion for Protective Order (Ct. Rec. 183) is **DENIED**. Defendant's proposed deposition of Patty Camacho, liberally construed as a perpetuation deposition to guard against the possibility that Ms. Camacho will be unavailable to testify in person, if so found by the court, shall be permitted at the time agreed upon by the parties. . **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to the parties.

   **DATED** this 24th day of October, 2008.

                    s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1