AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 9 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

FELIPE VARGAS,

            Plaintiff,

                v.

THOMAS EARL,

            Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-146-JLQ

[x] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ ] **Decision by Court. This action came to** trial      before the Court. The issues have been tried    and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff, Felipe Vargas, recover from the defendant,

Thomas Earl and the community composed of Thomas Earl and Gail Earl, the amount of $762,500.00

on his Claim (civil rights) and  $2,250,000.00 on the punitive damage claim, for a total award of

$3,012,500.00, with interest at the rate of  0.43 % per annum, together with his costs.

| | |
|---|---|
| January 29, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Margaret Buckner |
| | *(By) Deputy Clerk* |
| | Margaret Buckner |