UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELIPE G. VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS F. EARL, AND "JANE DOE" EARL, HIS SPOUSE; AND GRANT COUNTY, WASHINGTON,<br><br>    Defendants. | NO. CV-06-146-JLQ<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT GRANT COUNTY** |

**BEFORE THE COURT** is the joint motion of the Plaintiff and Defendant Grant County for dismissal (Ct. Rec. 341) of all claims against Grant County with prejudice and without the award of costs. They stipulate to the dismissal pursuant to a settlement agreement.

Pursuant to the stated agreement of the parties, the Joint Motion to Dismiss **(**Ct. Rec. 341**)** is **GRANTED** and the claims asserted by the Plaintiff in the Amended Complaint against Defendant Grant County shall be dismissed with prejudice and without the award of costs.

**IT IS SO ORDERED.** The Clerk of this court shall enter this Order, enter judgment of dismissal as provided herein, and forward copies to counsel for all parties.

Dated this 18th day of March, 2009.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1