AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FELIPE G. VARGAS,

        Plaintiff,

v.

THOMAS F. EARL, AND "JANE DOE" EARL, HIS SPOUSE; AND GRANT COUNTY, WASHINGTON,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-146-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the claims asserted by the Plaintiff in the Amended Complaint against Defendant Grant County shall be dismissed with prejudice and without the award of costs.

March 18, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters