AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FELIPE G. VARGAS,

                Plaintiff,

                v.

THOMAS A. EARL and the community composed of THOMAS A. EARL and GAIL A. EARL,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-146-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff for attorney fees against Thomas Earl and the community composed of Thomas Earl and Gail Earl in the amount of $47,694.00.

March 19, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters